UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FASIL TECLE,<br><br>               Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>               Defendant. | CASE NO. 2:16-CV-00908-JLR-DWC<br><br>ORDER ON DEFENDANT'S STIPULATED MOTION FOR REMAND |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge David W. Christel. Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 19. After reviewing Defendant's Stipulated Motion and the relevant record, the Court recommends the following:

Defendant's Motion be granted, and the case be reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the Court recommends the Administrative Law Judge (ALJ) hold a *de novo* hearing and issue a new decision. The Court also recommends the ALJ's review include but not be limited to:

1  • Obtaining vocational expert testimony to determine whether Plaintiff's assessed
2     limitations allow for the performance of other work in the national economy;
3  • Recommencing the five-step sequential evaluation if the record is supplemented.
4    The parties agree that on proper motion the Court should consider Plaintiff's application
5 for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).
6    Given the facts and the parties' stipulation, the Court recommends the District Judge
7 immediately approve this Report and Recommendation.
8    Dated this 6th day of December, 2016.

            *signature*
            David W. Christel
            United States Magistrate Judge