UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FASIL TECLE, | Civil No. 2:16-CV-00908-JLR-DWC |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties, acting through their respective counsel, hereby agree and stipulate that the above-captioned case be reversed and remanded for a *de novo* hearing and further administrative proceedings, including but not limited to the following: The administrative law judge (ALJ) will obtain vocational expert testimony to determine whether Plaintiff's assessed limitations allow for the performance of other work in the national economy. Moreover, if the record is supplemented, the ALJ will recommence the five-step sequential evaluation.

Page 1    ORDER - [2:16-CV-00908-JLR-DWC]

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 7th day of Dec. 2016.

_____
UN~~ITED~~ STATES ~~MAGISTRATE~~ JUDGE
District

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2112
Fax: (206) 615-2531
thomas.elsberry@ssa.gov